1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: John.Cooke@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) No. CR-10-00264 SBA
                                      )
14 |     v.                           ) [PROPOSED] ORDER EXCLUDING
                                      ) TIME FROM APRIL 21, 2010 TO APRIL
15 | ENRIQUE OCANOS-AVILA,            ) 26, 2010 FROM SPEEDY TRIAL ACT
        a/k/a Sanmiguel Ramirez Aguilar, ) CALCULATION (18 U.S.C. §§
16      a/k/a Enrique Avila,          ) 3161(h)(7)(A) and (B))
        a/k/a Enrique Ocanas Avila,   )
17                                    )
           Defendant.                 )
18 |_____ )

19

20     Defendant Enrique Ocanos-Avila was arraigned on the indictment before the Court on

21 April 21, 2010. At that time counsel for the defendant indicated she would need time both to

22 review discovery materials and to meet with her client. The Court set an appearance date of

23 April 26, 2010, for status regarding detention. The Court then ordered that time should be

24 excluded from the Speedy Trial Act calculation from April 21, 2010 through April 26, 2010, for

25 effective preparation of defense counsel. With the agreement of the parties, the Court enters this

26 order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

27 and (B), from April 21, 2010 through April 26, 2010.

28 //

No. CR-10-00264 SBA
[Proposed] Order Excluding Time

1 | The parties agreed, and the Court found and held, as follows:

2 | 1. The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with her client and review newly-produced discovery, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 21, 2010 to April 26, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3. Accordingly, with the consent of defendant's attorney, the Court ordered that the period from April 21, 2010 to April 26, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

GRANTED
Judge Donna M. Ryu

DATED: 4/22/2010

HON. DONNA M. RYU
United States Magistrate Judge

No. CR-10-00264 SBA
[~~Proposed~~] Order Excluding Time