**FILED**

APR 2 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,        )      No. CR-10-00264-SBA (DMR)
                                     )
13          Plaintiff,               )
                                     )
                                     )      DETENTION ORDER
14     v.                            )
                                     )
15                                   )
    ENRIQUE OCANOS-AVILA,            )
16                                   )
            Defendant.               )
17  _____)

18

19

20                 I.  DETENTION ORDER

21          Defendant Enrique Ocanos-Avila is charged in a one-count indictment with illegally

22  re-entering the United States, in violation of 8 U.S.C. § 1326.  On April 21, 2010, the United

23  States moved for Mr. Ocanos-Avila's detention pursuant to 18 U.S.C. § 3142(f)(2)(A) (because

24  there is a serious risk that the defendant will flee).  Mr. Ocanos-Avila did not request a full bail

25  study.  Pretrial Services did, however, prepare a criminal record report at Mr. Ocanos-Avila's

26  request.  Mr. Ocanos-Avila is subject to an immigration detainer issued by Immigration and

27  Customs Enforcement ("ICE") based on the facts alleged in the indictment: namely, that he re-

28  entered the United States after having been removed pursuant to an order of removal.  Mr.

DETENTION ORDER
CR 10-00264-SBA (DMR)                    1
cc:  Copy to parties via ECF, Lisa, Pretrial Services, 2 Certified Copies to
                                                              US Marshal

1  Ocanos-Avila waived his right to proffer information at this time (*see* 18 U.S.C. § 3142(f) (a

2  defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to

3  present witnesses, to cross-examine adverse witnesses, and to present information by proffer or

4  otherwise)), but expressly reserved his right to raise additional relevant information at a later

5  hearing should circumstances change.

6         After considering the limited information available to the Court, and the factors set forth

7  in 18 U.S.C. § 3142(g), the Court detains Mr. Ocanos-Avila because the preponderance of the

8  evidence indicates that Mr. Ocanos-Avila poses a serious risk of flight and no condition or

9  combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this

10  case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th

11  Cir. 1985).  This order is based on the nature of the charge.

12                                    II. CONCLUSION

13         The Court detains Mr. Ocanos-Avila as a serious flight risk.  Because Mr. Ocanos-Avila

14  waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising

15  relevant information at a later hearing, the Court orders that the hearing may be reopened at

16  defendant's request at any future time.  Mr. Ocanos-Avila shall remain committed to the custody

17  of the Attorney General.

18

19  IT IS SO ORDERED.

20

21

22  DATED: April 26, 2010

23                                    DONNA M. RYU
                                      United States Magistrate Judge

24

25

26

27

28

DETENTION ORDER
CR 10-00264-SBA (DMR)                    2