```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SKYE DAVIS  (NYBN 3994076)
Special Assistant United States Attorney

     1301 Clay Street, Suite 340S
     Oakland, CA 94612
     Telephone: (510) 637-3771
     Fax: (510) 637-3724
     E-Mail: skye.davis@usdoj.gov

Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0264 SBA |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] ORDER EXCLUDING |
| ENRIQUE OCANOS-AVILA, | ) | TIME FROM APRIL 26, 2010 TO MAY 4, |
| a/k/a Sanmiguel Ramirez Aguilar, | ) | 2010 FROM SPEEDY TRIAL ACT |
| a/k/a Enrique Avila, | ) | CALCULATION (18 U.S.C. § |
| a/k/a Enrique Ocanas Avila, | ) | 3161(h)(7)(A) and (B)) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

     Defendant Ocanos-Avila  made an appearance before the Magistrate Court on April 26, 2010, for status and further detention hearing.  With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from April 26, 2010 to May 4, 2010.  The parties agreed, and the Court found and held, as follows:

     1.     The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with her client, continue reviewing discovery and

[*United States* v. *Ocanos-Avila*, CR 10-0264 SBA]
[Stipulation and Order Excluding Time]

engage in plea negotiations with the government, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 26, 2010 to May 4, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing for the defense to effectively prepare in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

3. Accordingly, with the consent of defendant's attorney, the Court ordered that the period from April 26, 2010 to May 4, 2010 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED:  4/26/2010

[GRANTED — Judge Donna M. Ryu]

_____
HON. DONNA M. RYU
United States Magistrate Judge

[*United States* v. *Ocanos-Avila*, CR 10-0264 SBA]
[Stipulation and Order Excluding Time]