1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  WADE M. RHYNE  (CABN 216799)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3680
       Fax: (510) 637-3724)
7      E-Mail: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

9
                       UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,            )   No. CR 10-00295 SBA
                                         )
14        Plaintiff,                     )
                                         )
15     v.                                )   [PROPOSED] ORDER TO EXCLUDE
                                         )   TIME UNDER THE SPEEDY TRIAL ACT
                                         )   FROM APRIL 20, 2010 TO MAY 18, 2010
16  CURTIS RAYMONE THORNTON,             )
          a/k/a "Curtis Ramon Thornton," )   Date:      May 18, 2010
17        a/k/a "Curtis R. Thorton "     )   Time:      9:00 a.m.
          a/k/a "Raymone,"               )   Court:     Hon. Saundra B. Armstrong
18                                       )
          Defendant.                     )
19                                       )
    _____)
20

21        The defendant, Curtis Raymone Thornton, represented by Assistant Federal Public

22  Defender Ned Smock, and the government, represented by Wade M. Rhyne, Assistant United

23  States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on April 20 and

24  April 23, 2010 for an initial appearance and arraignment, respectively, in the above-entitled

25  matter.  The parties represented that counsel for the defendant had requested discovery and that

26  the United States had made an initial production of discovery.  The parties agreed that counsel

27  //

28  //

    [PROPOSED] ORDER
    No. CR-10-00295 SBA

1    for the defendant would need additional time to review discovery and to confer with the

2    defendant.

3         On that basis, the parties requested that the matter be continued to May 18, 2010 before

4    United States District Judge Saundra B. Armstrong.  The parties jointly requested that time be

5    excluded under the Speedy Trial Act between April 20, 2010 and May 18, 2010.

6         Based upon the representation of counsel and for good cause shown, the Court finds that

7    failing to exclude the time between April 20, 2010 and May 18, 2010 would unreasonably deny

8    the defendant continuity of counsel and would deny counsel the reasonable time necessary for

9    effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

10   3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

11   between April 20, 2010 and May 18, 2010 from computation under the Speedy Trial Act

12   outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

13   3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between April 20, 2010 and

14   May 18, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

15   3161(h)(7)(A) and (B)(iv).

16

17   DATED: ___4/26/2010_____

GRANTED

_____
HON. DONNA M. RYU
United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
No. CR-10-00295 SBA                              -2-