UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ENRIQUE OCANOS-AVILA,<br><br>　　　　Defendant. | Case No:  CR 10-0264 SBA<br><br>**ORDER OF REFERENCE FOR CHANGE OF PLEA** |

　　　Pursuant to General Order 42, this Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendant's guilty plea.  The hearing before Magistrate Judge Beeler on Defendant's guilty plea shall take place on September 21, 2010 at 10:45 a.m.  Upon conducting that hearing, Magistrate Judge Beeler shall schedule the matter for judgment and sentencing in Department 1 of this Court, Judge Saundra Brown Armstrong presiding, for November 10, 2010 at 10:00 a.m.

　　　IT IS SO ORDERED.

Dated: 9/14/10

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge