1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant OCANOS-AVILA
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )
                                         )  No. CR 10-00264 SBA
12 |                   Plaintiff,        )
                                         )  STIPULATION AND ORDER
13 |        v.                           )  ADVANCING  SENTENCING DATE
                                         )
14 |                                     )
                                         )
15 | ENRIQUE OCANOS-AVILA,               )
                                         )
16 |                   Defendant.        )

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing
18
   date in this case, currently scheduled for Wednesday, November 10, 2010 at 10:00 a.m. may be
19
   advanced one day to Tuesday, November 9, 2010, at 10:00 a.m. before Honorable Judge Saundra
20
   Brown Armstrong, for sentencing.  The reason for the request is that defense counsel is unavailable
21
22 on November 10, 2010, because she is advisory counsel to a defendant in trial before Judge Vaughn

23 Walker.  However, Judge Walker will not be conducting trial on Tuesday, November 9, 2010.

24 United States Probation Officer Jessica Goldsberry has been notified and has no objection to the
25
   proposed advancement of the sentencing date.  She is available should the Court advance the date.
26

*United States v.Ocanos-Avila*, CR 10-00264
SBA: Stip. to Continue Sentencing                 - 1 -

1  There is no need to exclude time because time previously has been excluded until November 10, 2010, in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) as the Court considers the proposed plea agreement, and the recommendation of the magistrate judge as to whether the Court should accept the plea agreement and the plea, which was entered into before the magistrate judge on September 21, 2010.

DATED: 10/28/10                     _____/s/_____
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED: 10/28/10                     _____/s/_____
                                    JOHN COOKE
                                    Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for November 10, 2010, at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be advanced to Tuesday, November 9, 2010, at 10:00 a.m. to consider whether to accept the plea agreement and change of plea entered into on September 21, 2010 and for sentencing.

SO ORDERED.

DATED:10/29/10                      _____/s/ Saundra B Armstrong_____
                                    HONORABLE SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

*United States v. Ocanos-Avila*, CR 10-00264
SBA: Stip. to Continue Sentencing          - 2 -