UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE OCANOS-AVILA,<br><br>Defendant. | Case No: CR 10-00264-1 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

On September 14, 2010, the Court referred this matter to Magistrate Judge Beeler for a report and recommendation on the acceptance of Defendant's guilty plea. On September 21, 2010, Magistrate Judge Beeler issued a Report and Recommendation in which she recommended that this Court accept Defendant's guilty plea. The Court has received no objection to the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Beeler's Report and Recommendation (Docket 20) is ACCEPTED and shall become the Order of this Court.

IT IS SO ORDERED.

Dated: November 9, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge